UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

VAHIDEAH RASEKHI,

            Petitioner

    v.

DONALD TRUMP, President of the United States;
U.S. DEPARTMENT OF HOMELAND SECURITY
("DHS"); U.S. CUSTOMS AND BORDER
PROTECTION ("CBP"); JOHN KELLY, Secretary of
DHS; KEVIN K. MCALEENAN, Acting
Commissioner of CBP; and JAMES T. MADDEN,
New York Field Director, CBP,

            Respondents

Case No.: 1:17-CV-00489

NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO
F.R.C.P. 41(a)(1)(A)(i)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 3 1 2017 ★

BROOKLYN OFFICE

---

       Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Petitioner,

through undersigned counsel, hereby gives notice that the above-captioned action is

voluntarily dismissed against the Respondents, without prejudice.

Dated:  Queens, New York
January 30, 2017

Respectfully submitted,

/s/ Thais P. Saad

---

Thais P. Saad (TS5939)
Law Offices of Thais P. Saad
2112 Broadway
Astoria, NY 11106

/s/ David M. Stern

---

David M. Stern, Esq.  (DMS3889)
THE LEGAL AID SOCIETY
IMMIGRATION LAW UNIT
Sarah T. Gillman, of Counsel
Seymour James, Attorney-in-Chief

*Counsel for Petitioner*

1/30/17

*So Ordered*

/s/ *Carol Bagley Amon*